# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Enrique Hernandez-Hernandez

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-4422-LL-MSB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is GRANTED to the extent that it seeks an individualized bond hearing. This case is hereby closed.

**Date:** 9/15/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-4422-LL-MSB

Respondents:

Warden, Otay Mesa Ice Processing Center; Patrick Divver, Acting Field Office Director of ICE Enforcement and Removal Operations, San Diego Field Office; Markwayne Mullin, Secretary of U.S. Department Of Homeland Security; David Venturella, Senior Official Performing Duties of Director, U.S. Immigration and Customs Enforcement; Todd Blanche, Attorney General of the United States